IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ 85 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: February 19, 2019 |
| MALIK O'BRIEN GROOMS, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 7878828)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 3, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MALIK O'BRIEN GROOMS, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 3, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MALIK O'BRIEN GROOMS, did unlawfully, knowingly and intentionally possess a weapon, trap or net.

(Violation of Title 36, Code of Federal Regulations, Section 2.4(b)(1)(i)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 14 day of February, 2019.

Rosanne C. Haney
Assistant United States Attorney